# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| PT HOLDCO, INC., *et al.*,[1] | ) |
| | ) Case No. 16-10131 (LSS) |
| Debtors in a Foreign Proceeding. | ) (Joint Administration Requested) |
| | ) |
| PTUS, INC., | ) Case No. 16-10132 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| PRIMUS TELECOMMUNICATIONS, INC. | ) Case No. 16-10133 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| LINGO, INC., | ) Case No. 16-10134 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| PRIMUS TELECOMMUNICATIONS CANADA, INC., | ) Case No. 16-10135 (LSS) |
| | ) |
| Debtor. | ) |
| | ) **Re Docket No. 2** |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 15 CASES FOR PROCEDURAL PURPOSES ONLY

Upon consideration of the motion (the "Motion") of the Foreign Representative[2] for entry of an order directing the joint administration of the Debtors' chapter 15 cases; and the Court having considered and reviewed the Motion and the chapter 15 Petitions for Recognition and all related documents filed contemporaneously therewith, including, but not limited to, the Meakin Declaration, including all facts specifically alleged and verified therein; and upon the record

---

[1] The last four digits of the Employer Identification Number or Canadian Business Number, as appropriate, for each debtor follow in parentheses: PT Holdco, Inc. (3731), PTUS, Inc. (0542), Primus Telecommunications, Inc. (4563), Lingo, Inc. (7778), and Primus Telecommunications Canada, Inc. (5618).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

herein; and due and sufficient cause appearing therefor; it is hereby

FOUND AND DETERMINED that:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

    C.    Venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1401(1) and (3);

    D.    The relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest in these chapter 15 bankruptcy cases;

    E.    The Monitor provided an adequate opportunity for a hearing on the Motion under the circumstances; and

    F.    The legal and factual bases set forth in the Motion and the Meakin Declaration establish just cause for the relief granted herein

NOW, THEREFORE, IT IS ORDERED that:

    1.    The Motion is GRANTED, as set forth herein.

    2.    The above-captioned chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-10131.

    3.    The caption of the jointly administered chapter 15 bankruptcy cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| PT HOLDCO, INC., et al.,[1] | ) |
| | ) Case No. 16-10131 (__) |
| | ) |
| Debtors in a Foreign Proceeding. | ) (Joint Administration Requested) |
| | ) |

---

[1] The last four digits of the Employer Identification Number or Canadian Business Number, as appropriate, for each debtor follow in parentheses: PT Holdco, Inc. (3731), PTUS, Inc. (0542), Primus Telecommunications, Inc. (4563), Lingo, Inc. (7778), and Primus Telecommunications Canada, Inc. (5618).

4. The foregoing caption shall satisfy the requirements set forth in sections 342(a) and (c)(1) of the Bankruptcy Code.

5. All original pleadings shall be captioned as set forth in paragraph 3, and all original docket entries shall be made in the case of PT Holdco, Inc. Case No. 16-10131.

6. An entry shall be made on the docket of each of the other Debtors' cases that is substantially similar to the following:

> An order has been entered in this case directing joint administration of this chapter 15 case with the chapter 15 case PT Holdco, Inc., Case No. 16-10131. All further pleadings and other papers filed in this case shall be filed in, and all further docket entries shall be made in, the case of PT Holdco, Inc., Case No. 16-10131.

7. The Monitor shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list in these chapter 15 bankruptcy cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 15 cases.

9. The Monitor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain jurisdiction with respect to all matters arising

from or related to the implementation or interpretation of this Order.

Dated:  January 21, 2016

*[signature]*
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE