IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| PT HOLDCO, INC., *et al.*,[1] | ) Case No. 16-10131 (LSS) |
| | ) |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR FEBRUARY 4, 2016 AT 2:00 P.M.**

**MATTERS GOING FORWARD:**

1. Emergency Motion for Temporary Restraining Order, and After Notice and Hearing, a Preliminary Injunction, Pursuant to Bankruptcy Code Sections 105(A), 362, 1507, 1519, and 1521 filed January 19, 2016 (Docket No. 4).

   Related Documents:

   a. Declaration of Nigel D. Meakin, filed January 20, 2016 (Docket No. 6).

   b. Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code filed January 21, 2016 (Docket No. 9).

   Responses Received: None.

   Status: No objections have been received. A Certificate of No Objection will be filed today, February 2, 2016 at 4:00 p.m. (ET). This matter will go forward.

Dated: February 2, 2016
Wilmington, Delaware

ELLIOTT GREENLEAF, P.C.

/s/ Shelley A. Kinsella

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Kate Harmon (DE 5343)
1105 N. Market St., Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: khh@elliottgreenleaf.com

*Attorneys for the Monitor*

---

[1] The last four digits of the Employer Identification Number or Canadian Business Number, as appropriate, for each debtor follow in parentheses: PT Holdco, Inc. (3731), PTUS, Inc. (0542), Primus Telecommunications, Inc. (4563), Lingo, Inc. (7778), and Primus Telecommunications Canada, Inc. (5618).